12-15-00090-CV

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 15 2015
e/Km
TYLER TEXAS
CLERK

## EXHIBIT 1

## DECLARATION OF INABILITY TO PAY COST

(The following Declaration is made pursuant to the Texas Rules of Civil Procedure and Title 6, Chapter 132 of the Texas Civil Practices and Remedies Code.)

Now respectfully comes __George Hall__, TDCJ # __1818077__, and declares that I am unable to pay the court costs in this civil action and requests leave of the Court to proceed in forma pauperis in this accompanying civil action and would show the Court the following:

(1) I am presently incarcerated in the __James Lynaugh__ Unit of the Texas Department of Criminal Justice where I am not permitted to earn or handle money.

(2) I have no source of income or spousal income.

(3) I currently have $ __-0__ credited to me in the Inmate Trust Fund.

(4) During my incarceration in the Texas Department of Criminal Justice I have received approximately $ __-0__ per month as gifts from relatives and friends.

(5) I neither own nor have an interest in any realty, stocks, bonds, or bank accounts and I receive no interest or dividend income from any source.

(6) I have __1__ dependents.

(7) I have total debts of approximately $ __9,000 00__.

(8) I owe $ __400 00__ as restitution.

(9) My monthly expenses are approximately $ __100 00__.

I, __George Hall__, TDCJ # _____, being presently incarcerated in the __James Lynaugh__ Unit of the Texas Department of Criminal Justice in __Ft. Stockton (Pecos)__ County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the __12__ day of __May__, 20 __15__.

__George Hall__
Name

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE        05/12/15
LH30/SRA6141              IN-FORMA-PAUPERIS DATA                09:24:33
TDCJ#: 01818077 SID#: 02830360 LOCATION: JAMES LYNAUGH   INDIGENT DTE: 03/16/15
NAME: HALL,GEORGE JR                      BEGINNING PERIOD: 11/01/14
PREVIOUS TDCJ NUMBERS: 00513115 01164384
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:     200.00
6MTH DEP:         225.00 6MTH AVG BAL:        6.19 6MTH AVG DEP:      37.50
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
04/15      0.00           0.00         01/15      0.00           0.00
03/15     26.22           0.00         12/14      0.00           0.00
02/15    200.00         200.00         11/14     25.00          25.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Pecos_
ON THIS THE _12_ DAY OF _May_ , _15_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: ____

CAAg H N/A

ID By TDCJ ID 1818077



SAMUEL G.
RAMIREZ
Notary Public, State of Texas
My Commission Expires
03/21/2016
NOTARY PUBLIC
STATE OF TEXAS
Notary without Bond